N. B. BROWARD, *et al.*, AS TRUSTEES OF THE INTERNAL IM-
PROVEMENT FUND OF FLORIDA, *Appellants,* v. JAMES A.
SLEDGE, *Appellee.*

1. Conclusions of law drawn from the facts of a case are not affected by an agreement made by the parties.

2. This case is ruled by the principles and conclusions announced in the opinion in the case of Broward v. Mabry, filed this day.

This case was decided by the court En Banc.

Appealed from the Circuit Court for Jefferson County.

The facts in the case are stated in the opinion of the court.

*W. S. Jennings,* for Appellants;

*T. L. Clarke,* for Appellee.

SHACKLEFORD, J.—The facts in this case and the principles of law applicable thereto are not materially different from those in the case of Broward *et al.* as Trustees v. E. N. Mabry, decided this day, and the conclusion reached herein is the same as in that case. Conclusions of law drawn from the facts of a case cannot be affected by an agreement of the parties. That portion of the decree enjoining the appellants, Trustees of the Internal Improvement Fund of Florida, from selling or offering to sell and from conveying, leasing or in any way encumbering the land comprising the bed of Lake Miccosukie is affirmed; and that portion of the decree cancelling patents and adjudging the title to the land between the meander line of the appellee's land and the middle of Lake Miccosukie to be in the appellee is reversed. The

costs of this appeal will be assessed one-half to the appellants and one-half to the appellee.

It is so ordered.

TAYLOR, COCKRELL, HOCKER and PARKHILL, JJ., concur.

WHITFIELD, C. J., took no part.